IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JUL 1 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-09-119-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |
| TORRENCE KYERE MCGEE, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release and for good cause appearing,

IT IS HEREBY ORDERED the Defendant's motion is GRANTED.

Torrence McGee's supervised release is terminated as of the date of this Order.

The Court directs the Clerk of Court to notify counsel of this Order.

DATED this 1st day of July 2019.

SUSAN P. WATTERS
United States District Judge

1